IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVE CURTIS                                                                                          PLAINTIFF

v.                                         NO. 3:16CV00009 JLH

NUCOR CORPORATION                                                                       DEFENDANT

## ORDER

Nucor Corporation's unopposed motion for an extension of the scheduling order deadlines is GRANTED. Document #19. The present scheduling order is set aside, and this case is removed from the trial docket for the week of September 26, 2016. A new scheduling order will be entered separately.

IT IS SO ORDERED this 7th day July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE