**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

STEVE CURTIS                                                                              PLAINTIFF

v.                                      No. 3:16CV00009 JLH

NUCOR CORPORATION                                                                DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Nucor Corporation on the claims of Steve Curtis.  The complaint of Steve Curtis is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE